■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE GENOVA, Appellant.—Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered on May 30, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Carro, Kassal, Ellerin and Wallach, JJ.